# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

—

**No. 08-5049**                    **September Term, 2007**
03cv01793

**Filed On: March 14, 2008** [1105997]

Steven J. Hatfill, M.D.,
      Appellee

    v.

Michael B. Mukasey, Attorney General, et al.,
      Appellees

Toni Locy,
      Appellant

**BEFORE**:    Ginsburg, Rogers, and Kavanaugh, Circuit Judges

## O R D E R

Upon consideration of the motion to expedite and the opposition thereto, it is

**ORDERED** that the motion to expedite be granted.  See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2007).  The following briefing schedule and format will apply:

| | |
|---|---|
| Brief of Appellant Toni Locy (not to exceed 14,000 words) | March 28, 2008 |
| Appendix | March 28, 2008 |
| Brief of Amici Curiae (not to exceed 7,000 words) | March 28, 2008 |
| Brief of Appellee Steven Hatfill, M.D. (not to exceed 14,000 words) | April 11, 2008 |
| Reply Brief of Appellant Toni Locy (not to exceed 7,000 words) | April 18, 2008 |

The parties are directed to hand-deliver and hand-serve their briefs.  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).  It is

**FURTHER ORDERED** that the above entitled case be scheduled for oral argument on Friday, May 9, 2008, at 9:30 AM before this panel.

A further order of the court will be issued regarding allocation of time for argument.

**Per Curiam**